# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2385
LT Case No. 2021-CF-1732-B

_____

JOHN JAY BURNETTE,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Donna L. McIntosh, Judge.

Matthew J. Metz, Public Defender and Betty Wyatt, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

March 12, 2024

PER CURIAM.

  AFFIRMED.

EDWARDS, C.J., and MAKAR and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____